UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:13-CV-388-T-30-AEP

| | |
|---|---|
| SMALL BUSINESS ADMINISTRATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN G. HOLMES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this

Affidavit of Service in the above styled cause.

Dated: March 26, 2013
      Miami, Florida

Respectfully submitted,

_____

Steven M. Davis, (Florida Bar No. 894249)
Becker & Poliakoff, P.A.
Email:sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US

Mail on this _26_ day of March, 2013 on all parties of record on the attached service list.

_____

Steven M. Davis

CASE NO.: 8:13-CV-388-T-30-AEP

## **SERVICE LIST**

KEVIN G. HOLMES
202 PORTIA STREET
NOKOMIS, FL 34275

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:13-CV-388-T-30-AEP

Plaintiff:
**United States of America**
vs.
Defendant:
**Kevin G. Holmes**

For:
Steven M. Davis, Esquire
Becker & Poliakoff, P.A.
121 Alhambra Plaza
Suite 1000
Coral Gables, FL 33134

Received by Investigative Process Service, Inc. on the 20th day of February, 2013 at 11:48 am to be served on Kevin G. Holmes, 202 Portia Street, Nokomis, FL 34275.

I, Stephen Zawacki, being duly sworn, depose and say that on the **25th day of February, 2013 at 8:00 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Brenda Gonyea** as Co-Tenant at the address of: 202 Portia Street, Nokomis, FL 34275, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** I specifically asked the party accepting service if the party to be served is currently enrolled/active with any branch of the U.S. MILITARY SERVICE of the United States. The party accepting service stated that at this time the party to be served is not with any branch of the U.S. Military.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served:  Age: 50,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 150,  Hair: Blonde, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made pursuant to Florida Statute 48.29. Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and Sworn to before me on the 25th day of
February, 2013 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

Stephen Zawacki
CPS#613 - 12th Judicial Circuit

**Investigative Process Service, Inc.**
390 North Orange Ave.
Suite 1650
Orlando, FL 32801
(888) 426-7436
Our Job Serial Number: ILS-2013001786

**EXHIBIT**

A



NICHOLE HARDEN
MY COMMISSION # EE 024206
EXPIRES: October 26, 2014
Bonded Thru Notary Public Underwriters

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n