**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SMALL BUSINESS ADMINISTRATION
An Agency of the Government of the
United States of America,

    Plaintiff,

v.                                                    Case No.: 8:13-cv-388-JSM-30AEP

KEVIN G. HOLMES,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, KEVIN G. HOLMES, by and through the undersigned counsel hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Archer Bay, P.A., (counsel for the Defendant, KEVIN G. HOLMES)
Edmund J. Gegan, Esquire, (counsel for Defendant, KEVIN G. HOLMES)
UNITED STATES OF AMERICA, Plaintiff
Steven N. Davis, (counsel for Plaintiff)
KEVIN G. HOLMES, Defendant

2. The name of every other entity whose publicly–traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am <u>unaware</u> of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 2nd day of April, 2013.

/s/ Edmund J. Gegan
EDMUND J. GEGAN
Florida Bar No.: 068822
Archer Bay, P.A.
2639 Dr. MLK Jr. St. North
St. Petersburg, FL 33704
Telephone: (727) 822-8696
Facsimile: (866) 984-5239
E-mail: egegan@archrebay.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2013 I electronically filed the foregoing document via the CM/ECF system, which will send notification of such filing to the following attorney of record:

Steven M. Davis
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134

/s/ Edmund J. Gegan
_____
EDMUND J GEGAN
FBN:  0068822