**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SMALL BUSINESS ADMINISTRATION
An Agency of the Government of the
United States of America,

    Plaintiff,

v.    Case No.:  8:13-cv-388-JSM-30AEP

KEVIN G. HOLMES,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_XX_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

    Dated this 2nd day of April, 2013.

    /s/ Edmund J. Gegan
EDMUND J. GEGAN
Florida Bar No.:  068822
Archer Bay, P.A.
2639 Dr. MLK Jr. St. North
St. Petersburg, FL 33704
Telephone:  (727) 822-8696
Facsimile:  (866) 984-5239
E-mail:  egegan@archrebay.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2013 I electronically filed the foregoing document via the CM/ECF system, which will send notification of such filing to the following attorney of record:

Steven M. Davis, Esquire
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134

/s/ Edmund J. Gegan
_____
EDMUND J GEGAN
FBN:  0068822