# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SMALL BUSINESS ADMINISTRATION,

    Plaintiff,

v.                                                                   Case No: 8:13-cv-388-T-30AEP

KEVIN G. HOLMES,

    Defendant.

_____

## ORDER TO SHOW CAUSE

A review of the file shows that no Case Management Report has been filed by the parties within the time proscribed in Local Rule 3.05.

Accordingly, it is ORDERED AND ADJUDGED that the Plaintiff(s) shall within **fourteen (14) days of the date of this Order SHOW CAUSE, in writing**, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05. **Failure to do so shall result in this action being dismissed without further notice.**

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of June, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-388 osc no cmr.docx